UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHNNY MACK, JR., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CV415-078 |
| | ) | |
| WARDEN CEDRIC TAYLOR, | ) | |
| WARDEN LUMPKIN, and | ) | |
| BALDWIN STATE PRISON, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Before the Court is Johnny Mack's 42 U.S.C. § 1983 civil rights complaint claiming that he was injured because the staff at Baldwin State Prison failed to employ shower mats and refused him necessary medical care after a fall. (Doc. 1 at 5.) All of the named defendants appear to reside within the jurisdiction of the United States District Court for the Middle District of Georgia, *see* 28 U.S.C. § 90(b)(4) (Baldwin County lies within the Middle District's Macon Division), and all of the facts underlying the complaint relate to events that transpired there. Because Mack's claims have no connection to this District, and

because he does not allege that any defendant resides here, proper venue for this case lies in the Middle District of Georgia. 28 U.S.C. § 1391 (venue); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects). Accordingly, the Clerk is **DIRECTED** to transfer this case to the United States District Court for the Middle District of Georgia for further proceedings.

**SO ORDERED** this 20TH day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA